# ROBERT N. ISSEKS, ESQ.
OFFICES OF LAW
## 6 NORTH STREET
## MIDDLETOWN, NEW YORK 10940
(845) 344-4322
FAX (845) 341-1760
isseks@frontiernet.net

**VIA ECF**

June 9, 2014

Honorable David E. Peebles
United States Magistrate Judge

Re: *Adam Crown v. Danby Fire District, et al.*
    5:13-cv-269 (FJS/DEP)

Dear Judge Peebles:

    I am one of the attorneys for the plaintiff Adam Crown. I write this letter to respectfully request that the present discovery and motion deadlines be further extended by sixty days.

    Deadlines were previously extended because Mr. Crown had been hospitalized and we were waiting for his recovery. Although Mr. Crown thereafter suffered a setback, I am advised that barring any further setbacks he should be able to participate in a deposition at this time.

    Mr. Shahan and Mr. Hannigan have consented to this request.

    Thank you for your attention to this matter.

                                                          Respectfully yours,

                                                          ROBERT N. ISSEKS

RNI:lcv
cc: Steven C. Shahan, Esq.
     Terence S. Hannigan, Esq.