UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADAM CROWN,

                Plaintiff,

  -against-

DANBY FIRE DISTRICT, DANBY VOLUNTEER
FIRE COMPANY, PAT CAVENEY, RICHARD OLTZ,
RALPH BOWLES, WAYNE HOLDEN, MATT
COOPER, JOHN GADEN and MARK C. BUTLER,

                Defendants.
-----------------------------------------------------------X

**STIPULATION DISCONTINUING ACTION**

5:13 CIV 00269 (FJS/DEP)

IT IS HEREBY STIPULATED by and between the parties to this action by their counsel that the above-entitled action as against defendant Mark C. Butler be dismissed with prejudice without costs, interest or disbursements by any litigant against another.

Dated: August ___, 2014

_____
ROBERT N. ISSEKS, ESQ.
Attorney for Plaintiff
6 North Street
Middletown, New York 10940
(845) 344-4322

KEVIN D. BLOOM, ESQ.
Bloom & Bloom, P.C.
Attorney for Plaintiff
P.O. Box 4323
New Windsor, New York 12553
(845) 561-6920

_____
TERENCE S. HANNIGAN, ESQ.
Attorney for Defendant Mark C. Butler
1881 Western Avenue, Suite 140
Albany, New York 12203
(518) 869-9911

_____
STEVEN C. SHAHAN, ESQ.
Taddeo & Shahan, LLP
Attorneys for Danby Defendants
The Empire Building, Suite 700
472 S. Salina Street
Syracuse, NY 13202
(315) 422-6666

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: September 3, 2014
       Syracuse, NY