# EXHIBIT QQ

From: Spartacus Jones <ifv@lightlink.com>
Subject: Fire District Follow-up
Date: March 16, 2012 9:24:56 AM EDT
To: aaron.lewis@troopers.ny.gov

Dear Investigator Lewis,

Thank you again for meeting with me yesterday.

I noticed two additional errata in the deposition: line 11, my dob is the 24th not 25th of May; and line 20 after "Montour Falls." should probably say "I met with him in the parking lot" (of the Danby Fire House.....).
We left out words. I'm chagrinned that I didn't catch it before.

As promised, I've included below a list of some of the books re: psychopaths that I've found most helpful.

Sincerely,


Adam Crown


# Psychopathy Reading List

On Point:
1. The Mask of Sanity, Hervey Cleckley  (early researcher, good but somewhat dated now.)
2. Without Conscience, Robert Hare (The "bible" on psychopathy)
3. Snakes in Suits, Paul Babiak & Robert Hare (Focuses on sub-criminal psychopaths)
4. The Sociopath Next Door, Martha Stout
5. Political Ponerology, Andrew M. Lobaczewski  (tough read, but has some very good stuff. Posits that politics attracts more than a fair share of psychopaths)
6. The Psychopath: Emotion and the Brain, J. Blair, D. Mitchell & K. Blair
7. The Psychopathic Mind,  J. Reid Maloy
8. High Risk: Children without a Conscience, Ken Magrid & Carole A. McKelvey (examines the theory that psychopathy is caused by "failure to bond" in infancy)

On Point:
The Mask of Sanity, Hervey Cleckley (early researcher, good but somewhat dated now.)
Without Conscience, Robert Hare (The "bible" on psychopathy)
Snakes in Suits, Paul Babiak & Robert Hare (Focuses on sub-criminal psychopaths)
The Sociopath Next Door, Martha Stout
Political Ponerology, Andrew M. Lobaczewski (tough read, but has some very good stuff. Posits that politics attracts more than a fair share of psychopaths)
The Psychopath: Emotion and the Brain, J. Blair, D. Mitchell & K. Blair
The Psychopathic Mind, J. Reid Maloy
High Risk: Children without a Conscience, Ken Magrid & Carole A. McKelvey (examines the theory that psychopathy is caused by "failure to bond" in infancy)
The Human Predator, Katherine Ramsland
That Bitch, Roy Sheppard & Mary T. Clery (focus on female sub-criminal psychopaths. "Pop" psychology approach, but has some good stuff)
Female Serial Killers, Peter Vronsky
The Stranger Beside Me, Ann Rule ("True Crime" writer's own account of her acquaintance with Ted Bundy)
Everything She Ever Wanted, Ann Rule (chilling account of a female psychopath)

Closely Related
The Lucifer Effect, Phillip Zimbardo (About the Stanford Prison Experiment, by the original researcher, many years later)
Obedience to Authority, Stanley Milgram (THE classic experiment on why "good" people will do evil things when they are "following orders")
The Most Dangerous Superstition, Larken Rose (examines the irrationality of obedience to authority; causes, effects and alternatives)
The Anatomy of Human Destructiveness, Erich Fromm (broad examination of the foundations of aggression and violence.
On Aggression, Konrad Lorenz (a theory of instinctual human intra-species aggression)

Emotional Vampires, J. Bernstein (Pop psych, but an OK read)
Heart Full of Lies, Ann Rule (re: female psychopath)
The Truth About Lying, Stan B. Walters

This e-mail, including any attachments, may contain highly sensitive and confidential information.

It is intended only for the individual(s) named.

If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

From: "Aaron Lewis" <Aaron.Lewis@troopers.ny.gov>
Subject: Re: Fire District Follow-up
Date: May 29, 2012 3:38:53 PM EDT
To: "Spartacus Jones" <ifv@lightlink.com>

Adam,

I have done some interviews and there are more to do. I have also been in touch with State Fire in Albany. I expect that the investigation will be open for many months, mostly due to the fact that cases of a more urgent nature come in on weekly basis. Also, case load typically picks up during the summer  I don't need anything else from you at this time however if I do need something at a future point in the investigation I will be sure to contact you.  I hope this helps.


Inv. Aaron J. Lewis
New York State Police
1850 Dryden Road
Freeville, NY 13068
Barracks: 607-347-4440
Cell: 607-376-3334
Fax: 607-347-4461

Aaron.Lewis@troopers.ny.gov

Spartacus Jones <ifv@lightlink.com> 5/25/2012 4:30 PM >>>
Hello Investigator Lewis,

I just wanted to touch base with you to ask the status of the case, and whether there's anything more I can do.

Thanks very much.

Have a safe holiday weekend.

Adam Crown

On Mar 16, 2012, at 9:15 AM, Aaron Lewis wrote:

I will adjust the DOB on the original. If you would like to make the
other change I would need to meet with you again. Also, could you provide contact information for Linda Wyatt and Jeff Baker. Thanks for
the list of books.

Spartacus Jones <ifv@lightlink.com> 3/16/2012 9:24 AM >>>
Dear Investigator Lewis,

Thank you again for meeting with me yesterday.

I noticed two additional errata in the deposition: line 11, my dob is

the 24th not 25th of May; and line 20 after "Montour Falls." should

probably say "I met with him in the parking lot" (of the Danby Fire

House.....).
We left out words. I'm chagrinned that I didn't catch it before.

As promised, I've included below a list of some of the books re: psychopaths that I've found most helpful.

Sincerely,

Adam Crown

Psychopathy Reading List

On Point:
The Mask of Sanity, Hervey Cleckley  (early researcher, good but somewhat dated now.)
Without Conscience, Robert Hare (The "bible" on psychopathy)
Snakes in Suits, Paul Babiak & Robert Hare (Focuses on sub-criminal

psychopaths)
The Sociopath Next Door, Martha Stout
Political Ponerology, Andrew M. Lobaczewski  (tough read, but has some

very good stuff. Posits that politics attracts more than a fair share

of psychopaths)
The Psychopath: Emotion and the Brain, J. Blair, D. Mitchell & K. Blair
The Psychopathic Mind,  J. Reid Maloy
High Risk: Children without a Conscience, Ken Magrid & Carole A. McKelvey (examines the theory that psychopathy is caused by "failure

to bond" in infancy)
The Human Predator, Katherine Ramsland
That Bitch, Roy Sheppard & Mary T. Clery (focus on female sub-criminal

psychopaths. "Pop" psychology approach, but has some good stuff)

From: Spartacus Jones <ifv@lightlink.com>
Subject: Danby Fire District materials
Date: December 19, 2011 3:13:57 PM EST
To: gwilkinson@tompkins-co.org

Dear Ms. Wilkinson:

I have put together the materials we discussed and will be dropping them off tomorrow.
(Things have been unexpectedly hectic; we're in the middle of a veterinary emergency and thus, the delay.)

Meanwhile, in case it's important, I believe the person I spoke with about this back on or about 10/19/10 was a Mr. Daniel Johnson.
My notes say that my final communication with him was a message I left for him on 10/19/10.
I don't know if he ever actually spoke with the State Police, but at least that gives us an approximate date. Maybe he'll recall it.

Thank you very much.


Sincerely,


Adam Crown



From: Spartacus Jones <ifv@lightlink.com>
Subject: For meeting 12/7/11
Date: December 6, 2011 6:36:44 PM EST
To: gwilkinson@tompkins-co.org

# Adam Adrian Crown

## 1045 Coddington Road   Ithaca, New York 14850

### 607-277-3262   ifv@lightlink.com

Ms. Gwen Wilkinson, District Attorney

320 North Tioga Street

Ithaca, NY 14850

December 6, 2011

RE:

1. Prosecution of violations of NY Penal Law by Danby Fire District Officers

2. Removal of Danby Fire District Officers per NY Public Officer Law Sect. 36

Dear Ms. Wilkinson:

On October 11, 2011, the New York State Industrial Board of Appeals issued a decision in Crown v Commissioner of Labor, finding that the Danby Fire District had engaged in "unlawful retaliatory conduct" against me and resolved that: "The matter is remanded to the Department of Labor for further proceedings in accordance with this decision and to "request the attorney general to bring an action in the supreme court against the person or person (sic) alleged to have violated the provisions of this subdivision," as required by Labor Law Sect. 27-a (10)."

In this matter, officers of the Danby Fire District (Fire Commissioners L.Patrick Caveney, Ralph Bowles, Dick Oltz, Wayne Holden, and Matt Cooper; Danby Fire Chief John Gaden, Fire District Attorney Mark C. Butler; and possible unknown

others), acting in concert, conspired to violate **New York Labor law sect. 27-a (10) (a) Discrimination against employees:**
No person shall discharge, or otherwise discipline, or in any manner discriminate against any employee because such employee has filed any complaint or instituted or caused to

be instituted any proceeding under or related to this section or has testified or is about to testify in any such proceeding, or because of the exercise by such employee on behalf of himself or others of any right afforded by this section.

In furtherance of the campaign of "unlawful retaliatory conduct," the parties invented departmental charges of "misconduct" that they instituted against me, charges which the parties knew were false.

The parties then created a so-called "resignation letter" in such a manner that it appeared be on my letterhead. (I had not retained or authorized anyone to do so or to act on my behalf in any way.)

The parties created this forgery for the sole purpose of giving the impression that I, myself, had created the document, and in order to claim that I had resigned from the fire company "voluntarily," which they knew to be false.

The purpose of this written instrument was to terminate my legal right, interest and status as a volunteer firefighter and would also later be used by the fire district to maliciously defame me. In this, I submit that the parties knowingly and intentionally violated New York Penal Law Sect.170.10 Forgery in the second degree:

**New York Penal Law § 170.10 Forgery in the second degree.**

A person is guilty of forgery in the second degree when, **with intent to defraud, deceive or injure another, he falsely makes, completes or alters a written instrument** which is or purports to be, or which is calculated to become or to represent if completed:

1. A deed, will, codicil, contract, assignment, commercial instrument,

credit card, as that term is defined in subdivision seven of section 155.00, or other instrument **which does or may evidence, create, transfer, terminate or otherwise affect a legal right, interest, obligation or status; or**

2. A public record, or an instrument filed or required or authorized by law to be filed in or with a public office or public servant;

Forgery in the second degree is a class D felony.

After creating the forged document, the parties then coerced me into signing it by threatening me with (false) *criminal* charges, in addition to the false departmental charges, if I did not. Acting for the parties, Mr. Butler made a point of advising me that defending myself from such criminal charges –even when acquitted – could "easily run six figures."

I submit that in so doing, the parties knowingly and intentionally violated New York Penal Law Sect.135.60 Coercion in the second degree:

**New York Penal Law § 135.60 Coercion in the second degree.**

A person is guilty of coercion in the second degree when he or she **compels or induces a person to engage in conduct which the latter has a legal right to abstain from engaging in,** or to abstain from engaging in conduct in which he or she has a legal right to engage… **by means of instilling in him or her a fear that, if the demand is not complied with, the actor or another will:**

(4.) Accuse some person of a crime or **cause criminal charges to be instituted against him or her;**

Coercion in the second degree is a class A misdemeanor.

Mr. Butler, Chief Gaden and Mr. Caveney later appeared as witnesses before the NYS Industrial Board of Appeals and made false statements under oath that were material to the proceeding. They therefore knowingly and intentionally violated New York Penal Law Sect. 210.15 Perjury in the first degree:

**New York Penal Law § 210.15 Perjury in the first degree.**

A person is guilty of perjury in the first degree when he swears falsely and when his false statement

(a) consists of testimony, and

(b) is material to the action, proceeding or matter in which it is made.

Perjury in the first degree is a class D felony.

In all these undertakings, the parties also violated New York Penal Law Sect.105.05 Conspiracy in the fifth degree:

**New York Penal Law § 105.05 Conspiracy in the fifth degree.**

A person is guilty of conspiracy in the fifth degree when, with intent

that conduct constituting:

1. a felony be performed, he agrees with one or more persons to engage

in or cause the performance of such conduct;

Conspiracy in the fifth degree is a class A misdemeanor.

For the 5 parties who are publicly-elected officials (Mr's Caveney, Oltz, Bowles, Holden and Cooper) each offense also constitutes a violation of:

**NYPL § 195.00 Official misconduct.**

A public servant is guilty of official misconduct when, with intent to obtain a benefit or deprive another person of a benefit:

1. He commits an act relating to his office but constituting an unauthorized exercise of his official functions, knowing that such act is unauthorized; or

2. He knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office.

Official misconduct is a class A misdemeanor.

Finally, because the parties conspired to injure, threaten and intimidate me in retaliation for my free exercise of rights guaranteed under the US Constitution the (1st Amendment rights of free speech and due process rights under the 14th Amendment) they also knowingly and intentionally violated **US Code Title 18 Sec. 241, "Conspiracy against rights,"  which states, in relevant part:**

> **If two or more persons conspire to injure, oppress, threaten, or intimidate any person** in any State, Territory, Commonwealth, Possession, or District **in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;**
>
> ….**They shall be fined under this title or imprisoned** not more than ten years, or both…

I respectfully request that your office prosecute the aforementioned parties for violations of NY Penal Law which have been committed within your jurisdiction. I would further request that your office take action to have the offending parties removed from office for misconduct, maladministration, malfeasance and

malversation in office in accordance with **NY Public Officer Law Section 36:**

**Removal of town, village, improvement district or fire district officer by court.**

**Any** town, village, improvement district or **fire district officer,** except a justice of the peace, **may be removed from office** by the supreme court **for any misconduct, maladministration, malfeasance or malversation in office. An application for such removal may be made** by any citizen resident of such town, village, improvement district or fire district or **by the district attorney** of the county in which such town, village or district is located, and shall be made to the appellate division of the supreme court held within the judicial department embracing such town, village, improvement district or fire district. Such application shall be made upon notice to such officer of not less than eight days, and a copy of the charges upon which the application will be made must be served with such notice.

I can also provide you with the details of additional incidences of misconduct and maladministration, if you require more. It is, sadly, a pattern of misconduct that is pervasive and longstanding and results in compromising the safety of the public as well as that of the responders, and is an egregious betrayal of the public trust.

Thank you very much for your consideration. I look forward to meeting with you.

Sincerely,

Adam Adrian Crown
1045 Coddington Road
Ithaca, NY 14850


From: Spartacus Jones <sj@spartacusjones.com>
Subject: Re: NYSP Investigation re Danby Fire District
Date: October 5, 2013 9:53:14 AM EDT
To: Gwen Wilkinson <gwilkinson@tompkins-co.org>

Dear Ms. Wilkinson,

I hope you are well.

Do you know when your schedule might allow you to meet with me to follow-up on this?

Thank you very much.

Sincerely,


Adam Crown



On May 22, 2013, at 11:21 AM, Gwen Wilkinson wrote:
Dear Mr. Crown,

  Next week I expect to be speaking with the NYSP investigator re the findings of the Danby Fire District investigation. I will be in touch after I speak with him.

Regards,

Gwen Wilkinson

Tompkins County District Attorney