UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADAM CROWN,

                Plaintiff,

v.

DANBY FIRE DISTRICT, DANBY VOLUNTEER
FIRE COMPANY, PAT CAVENEY, RICHARD
OLTZ, RALPH BOWLES, WAYNE HOLDEN,
MATT COOPER, JOHN GADEN and MARK C.
BUTLER,

                Defendants.

**NOTICE OF MOTION**
Civil Action No: 5:13-cv-269
FJS/DEP

---

Defendants, Danby Fire District, Danby Volunteer Fire Company, Pat Caveney, Richard Oltz, Ralph Bowles, Wayne Holden, Matt Cooper and John Gaden by and through their attorneys, TADDEO & SHAHAN, LLP, will move this Court located at the James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York 13202 on the 10th day of October, 2014, at 10:00 a.m. in the forenoon pursuant to F.R.C.P. 56(b) for summary judgment and dismissing Plaintiff's Complaint and for such other and further relief as the Court may deed just and proper.

Dated: September 15, 2014

                                          Steven C. Shahan, Esq.
                                          Bar Roll No: 507760
                                          TADDEO & SHAHAN, LLP
                                          **Attorneys for Defendants Danby Fire**
                                          **District, Danby Volunteer Fire Company,**
                                          **Pat Caveney, Richard Oltz, Ralph Bowles,**
                                            **Wayne Holden, Matt Cooper and John Gaden**
                                            Office and Post Office Address
                                            472 South Salina Street, Suite 700
                                            Syracuse, New York 13202
                                            (315) 422-6666- Phone

TO: Robert N. Isseks, Esq.
Attorney for Plaintiff
6 North Street
Middletown, NY 10940
(845) 344-4322
via ECF - isseks@frontiernet.net