UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADAM CROWN,

                Plaintiff,

v.

DANBY FIRE DISTRICT, DANBY VOLUNTEER
FIRE COMPANY, PAT CAVENEY, RICHARD
OLTZ, RALPH BOWLES, WAYNE HOLDEN,
MATT COOPER, JOHN GADEN and MARK C.
BUTLER,

                Defendants.

**CERTIFICATE OF SERVICE**
Civil Action No: 5:13-cv-269
FJS/DEP

---

I hereby certify that on September 15, 2014, I electronically filed a Notice of Motion, Declaration with annexed exhibits, Statement of Material Facts and Memorandum of Law on behalf of Danby Fire District, Danby Volunteer Fire Company, Pat Caveney, Richard Oltz, Ralph Bowles, Wayne Holden, Matt Cooper and John Gaden with the Clerk of the District Court, Northern District of New York, using the CM/ECF system which sent notification of such filing to the following: Robert N. Isseks, Attorney for Plaintiff, at the following e-mail address: isseks@frontiernet.net.

Dated: September 15, 2014

                                          Steven C. Shahan, Esq.
                                          Bar Roll No: 507760
                                          TADDEO & SHAHAN, LLP
                                          **Attorneys for Defendants Danby Fire**
                                          **District, Danby Volunteer Fire Company,**
                                          **Pat Caveney, Richard Oltz, Ralph Bowles,**
                                          **Wayne Holden, Matt Cooper and John Gaden**
                                          Office and Post Office Address
                                          472 South Salina Street, Suite 700
                                          Syracuse, New York 13202
                                          (315) 422-6666- Phone

TADDEO & SHAHAN, LLP   •   THE EMPIRE BUILDING   •   SUITE 700   •   472 S. SALINA ST.   •   SYRACUSE, N.Y. 13202