UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ADAM CROWN,

                        Plaintiff,

    -against-

DANBY FIRE DISTRICT, DANBY VOLUNTEER
FIRE COMPANY, PAT CAVENEY, RICHARD
OLTZ, RALPH BOWLES, WAYNE HOLDEN,
MATT COOPER, JOHN GADEN and
MARK C. BUTLER,

                        Defendants.

**STIPULATION DISCONTINUING ACTION**
5:13 CIV 00269 (FJS/DEP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person that is not a party hereto has an interest in the subject matter of the action, the above-entitled action is dismissed without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 23, 2017

_____
Kevin D. Bloom, Esq.
BLOOM & BLOOM, P.C.
Attorneys for Plaintiff
P.O. Box 4323
New Windsor, NY 12553
(845) 561-6920

_____
Steven C. Shahan, Esq.
TADDEO & SHAHAN, LLP
Attorneys for Danby Defendants
120 East Washington St., Suite 400
Syracuse, NY 13202
(315) 422-6666

SO ORDERED:

_____
Hon. Frederick J. Scullin, Jr.
United States District Judge